IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JULIAN SANDOVAL FLORES,

        Petitioner,

v.

CHARLES A. DANIELS, Warden,
Federal Correctional Institution,
Sheridan, OR,

        Respondent.

Civil No. 05-1859-BR

ORDER

BROWN, Judge.

    The Court GRANTS Petitioner's unopposed Motion for Voluntary Dismissal (#31).

    IT IS SO ORDERED.

    DATED this __6th__ day of June, 2007.

                           /s/ Anna J. Brown
                              ANNA J. BROWN
                              United States District Judge